```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
```

Herschman,

                          Plaintiffs,

        -against-

DeCicco of Katonah, LLC et al.,

                          Defendant.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2023

22-cv-08890-KMK-VR

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for August 17, 2023 at 10:30 am

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739, then # to enter the conference.

    **SO ORDERED.**

DATED:    White Plains, New York
                July 31, 2023

                                          _____
                                          VICTORIA REZNIK
                                          United States Magistrate Judge