**GREENWALD · DOHERTY**
Attorneys at Law

30 Ramland Road, Suite 201 Orangeburg, New York 10962   TEL: 845.589.9300   FAX: 845.638.2707

August 15, 2023

**MEMO ENDORSED**

<u>Via ECF</u>
Hon. Victoria Reznik, U.S.M.J.
United States District Court,
Southern District of New York

Re: Herschman v. DeCicco of Katonah, LLC et al
7:22-cv-08890-KMK
*Joint Request for Adjournment*

Dear Judge Reznik,

As the Court is aware, we represent Defendants DeCicco of Katonah, LLC, Christina DeCicco, and James Capriotti ("Defendants") in this matter brought by pro se Plaintiff Vicki Herschman ("Plaintiff").

We write jointly with Plaintiff to inform the Court that the parties have reached a settlement in principle to resolve this matter. As such, the parties respectfully request to adjourn, *sine die*, the Status Conference scheduled for August 17, 2023, as well as the Settlement Conference scheduled for September 12, 2023.

We thank Your Honor's attention to and consideration of this request.

Respectfully,

/s/
Keli Liu

cc:   VIA email
      Plaintiff Vicki Herschman
      VickiHerschman@aol.com

---

The parties' request is GRANTED.

The conferences scheduled for 8/17/23 and 9/12/23 will not occur on those dates and are adjourned indefinitely.

The parties are directed to submit a joint letter to Judge Kenneth Karas informing Judge Karas of the settlement in principle.

Defense counsel is directed to immediately notify Plaintiff of the contents of this order.

SO ORDERED.

*/s/ Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.
Dated: 8/15/23